IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00807 EJD |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING |
| | ) | |
| vs. | ) | |
| | ) | |
| JUVENTINO ANGULO-RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Monday, March 26, at 1:30 p.m., shall be continued to Monday, April 16, 2012, at 1:30 p.m.

Dated: March 21, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order to Continue Status Hearing
CR11-00807 EJD                    1