Filed

JUN 0 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUVENTINO ANGULO-RUIZ, <br><br> Defendant. | No. CR-11-00807 EJD <br><br> [PROPOSED] ORDER TO RELEASE DEFENDANT FROM UNITED STATES MARSHAL CUSTODY |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the United States Marshals Service shall release defendant Juventino Angulo-Ruiz from its custody.

It is so ordered.

Dated: June 4, 2012

HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order to Release Defendant
CR11-00807 EJD                              1